UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Peter Defilippis,

                              Plaintiffs,                      24-cv-778

          -against-                                   **ORDER**

Ann Marie T. Sullivan, MD,

                              Defendant.
----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On December 13, 2024, the Court directed the parties to submit a joint status letter to the Court by no later than January 31, 2025. (ECF No. 23). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **February 21, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                February 18, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge