**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

February 21, 2025

*Via* EFC
The Honorable Victoria Reznik
United States District Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Defilippis v. Sullivan*, 24-cv-778 (NSR/VR)

Dear Judge Reznik:

    In accordance with Your Honor's Order, dated February 18, 2025 (ECF No. 24), the parties submit this Joint Status Letter to apprise the Court that the parties have exchanged Initial Disclosures and are in the process of scheduling plaintiff's deposition at a time convenient for plaintiff and counsel for the parties. Counsel has conferred and neither seeks aid of the Court at this time. While OMH has not yet made a decision regarding Mr. Defilippis' Third Application for Relief from Disability, neither party expects to require a modification of the Scheduling Order (ECF No. 19).

    Thank you.

Respectfully submitted,

*Elizabeth Barbanes*
Elizabeth Barbanes
Assistant Attorney General
elizabeth.barbanes@ag.ny.gov
(914) 422-8765

cc: Amy Bellantoni
    *Attorney for Plaintiff*
    2 Overhill Road, Suite 400
    Scarsdale, New York 10583
    abell@bellantoni-law.com

The Court is in receipt of the parties' letter and thanks them for the update. The parties are directed to file a new joint status letter by **March 28, 2025**. The letter should update the Court on the status of discovery, including what steps the parties have taken and what still remains.

SO ORDERED.
*Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.
Dated: 2-25-25