**MEMO ENDORSED**



March 28, 2025

**By ECF**

The Honorable Victoria Reznik
United States District Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Defilippis v. Sullivan*, 24-cv-778 (NSR/VR)

Dear Judge Reznik:

    In accordance with Your Honor's Order, dated February 25, 2025 (ECF No. 27), the parties submit this Joint Status Letter to apprise the Court that the parties are working toward a resolution of this matter, which should be finalized within the next 4-6 weeks.

    In that connection, we respectfully request that the parties have until May 2, 2025 to file another status letter to confirm such resolution. Thank you.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Elizabeth Barbanes (ECF)

The parties' request is **GRANTED.** The parties are directed to submit a joint status letter by May 2, 2025, updating the Court on the status of the parties' resolution of this matter.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 3-31-35

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)